UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq.
Mitchell B. Hausman, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Mitchell.B.Hausman@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Quality Conservation Services, Inc. | : | Case No. 17-19063 (VFP) |
| | : | |
| Debtor. | : | The Honorable Vincent F. Papalia |
| | : | |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned cases.

**Sav-Plus, Inc.**
17861 Rainier Drive
Santa Ana, CA 92705
Tel.: (903) 819-6680
Fax: (770) 783-3604
Attn: Luis Chavez

**Rexel Energy Solutions**
350 Myles Standish Blvd.
Suite 204
Taunton, MA 02780
Tel.: (508) 738-5230
Fax: (508) 266-2433
Attn: Scott Patterson

**Jintec America, Inc.**
1 Broad Avenue
Unit 7
Fairview, NJ 07022
Tel.: (201) 840-8880
Fax: (201) 840-8886
Attn: Peter Cho

**AM Conservation Group, Inc.**
102 N. Franklin Street
Port Washington, WI 53074
Tel.: (262) 284-3838, Ext. 1024
Attn: Nicole Willette, Esq.

**Spire Group, PC**
220 South Orange Avenue
Suite 201
Livingston, NJ 07039
Tel.: (973) 740-9100
Fax: (973) 740-9100
Attn: Scott W. Bullock

Page 2
**Quality Conservation Services, Inc.**
**Appointment Of Official Committee**
**Of Unsecured Creditors**

Counsel for Committee

Dipesh Patel, Esquire
Saul Ewing
One Riverfront Plaza
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102-5426
Tel.: (973) 286-6718
Fax: (973) 286-6818

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        Region 3

        By: */s/ Martha R. Hildebrandt*
            Martha R. Hildebrandt
            Assistant United States Trustee

            Mitchell B. Hausman
            Trial Attorney

Effective Date: May 16, 2017